The Pigeon Creek Draining Association *v.* Woods.

———•———

THE PIGEON CREEK DRAINING ASSOCIATION *v.* WOODS.

APPEAL from the Gibson Common Pleas.

WORDEN, J.—Complaint by appellant against appellee to enforce collection of an assessment. Demurrer sustained to complaint, and judgment for defendant. The questions presented by the record are the same as those involved in the case of *The Pigeon Creek Draining Association* v. *Lagrange, ante,* p. 272; and for the reasons therein given, the judgment must be reversed.

The judgment below is reversed, with costs, and the cause remanded, for further proceedings.

*W. M. Laud* and *D. F. Embree,* for appellant.

*A. C. Donald* and *C. A. Buskirk,* for appellee.